FILED

09/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0317

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA-23-0317

---

NORTH CENTRAL MONTANA REGIONAL WATER AUTHORITY,

Appellant,

v.

TOWN OF KEVIN

Appellee.

---

ORDER

---

Upon the filing of the Appellant's Status Report and Request for New Scheduling and for good cause appearing,

IT IS ORDERED that this matter is no longer stayed as a settlement between the parties was not reached.

IT IS FURTHER ORDERED that Appellant's initial brief shall be due by October 27, 2023.

DATED this ____ day of _____, 2023.

//

//

//

3181485/1536.018

_____
Chief Justice

_____

_____

_____

_____
Justices

Electronically signed by:
Mike McGrath
3181485/1556.018
Chief Justice, Montana Supreme Court
September 27 2023